IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10406-TPA |
|    Richard David Martone, Jr and | : | |
|    Tammy Lynn Martone | : | |
|       Debtor(s) | : | |
| | : | Chapter 13 |
|    Richard David Martone, Jr and | : | |
|    Tammy Lynn Martone | : | |
|       Debtors(s), Movant | : | |
| | : | |
|       v. | : | |
|    Rhonda J. Winnecour, Esq, Trustee | : | |
|       Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On July 31, 2017, at docket numbers 32 and 33, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:   June 27, 2021            By:    /s/J. Wesley Rowden, Esq.
                                         J. Wesley Rowden
                                         J. Wesley Rowden, Esq
                                         Name of Filer - Typed
                                         310 Chestnut Street, Meadville, PA 16335
                                         Address of Filer
                                         jwrowden@yahoo.com
                                         Email Address of Filer
                                         814-333-9000
                                         Phone Number of Filer
                                         49660
                                         Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**