FILED
8/16/21 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
RICHARD DAVID MARTONE JR.           )
TAMMY LYNN MARTONE                   )
                                     )        Case No.:17-10406-TPA
                                     )
        Debtor(s)                    )        Chapter 13
                                     )
                                     )
Ronda J. Winnecour, Chapter 13 Trustee, )
            Movant,                  )        Related Document No.: 61
        Vs.                          )
                                     )
RICHARD DAVID MARTONE JR.            )
TAMMY LYNN MARTONE                   )
        Respondent(s)                )

TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT
REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on August 9, 2021

(document no. 61) is hereby WITHDRAWN.

                        Respectfully submitted,


8-13-2021               /s/ Ronda J. Winnecour
Date                    Ronda J. Winnecour (PA I.D. #30399)
                        Attorney and Chapter 13 Trustee
                        U.S. Steel Tower – Suite 3250
                        600 Grant Street
                        Pittsburgh, PA  15219
                        (412) 471-5566
                        cmecf@chapter13trusteewdpa.com

 SO ORDERED
 August 16, 2021

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Richard David Martone, Jr.

Tammy Lynn Martone

     Debtors

Case No. 17-10406-TPA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard David Martone, Jr., 30070 Shaffer Rd, Guys Mills, PA 16327-2948 |
| jdb | #+ | Tammy Lynn Martone, 30070 Shaffer Rd, Guys Mills, PA 16327-2948 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021                 Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | |
| | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com |
| Chandra Marie Arkema | |
| | on behalf of Creditor Pingora Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| John Wesley Rowden | |
| | on behalf of Joint Debtor Tammy Lynn Martone jwrowden@yahoo.com |

District/off: 0315-1                                    User: lfin                                              Page 2 of 2

Date Rcvd: Aug 16, 2021                          Form ID: pdf900                                      Total Noticed: 2

                                    elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden

                                    on behalf of Debtor Richard David Martone  Jr. jwrowden@yahoo.com,
                                    elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Lauren Moyer

                                    on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@ecf.courtdrive.com

Office of the United States Trustee
                                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                    cmecf@chapter13trusteewdpa.com


TOTAL: 8