Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard David Martone Jr.** | : | Case No. 17−10406−TPA |
| **Tammy Lynn Martone** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 67 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/3/21 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

*AND NOW,* this *The 27th of August, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 67 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before October 11, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***November 3, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard David Martone, Jr.  
Tammy Lynn Martone  
    Debtors

Case No. 17-10406-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: agro      Page 1 of 2  
Date Rcvd: Aug 27, 2021      Form ID: 300b      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard David Martone, Jr., 30070 Shaffer Rd, Guys Mills, PA 16327-2948 |
| jdb | #+ | Tammy Lynn Martone, 30070 Shaffer Rd, Guys Mills, PA 16327-2948 |
| cr | + | Pingora Loan Servicing, LLC, C/O Ann E. Swartz, Esq., 123 South Broad St. Suite 1400, Philadelphia, PA 19109-1060 |
| 14638536 | + | Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14407150 | | Wells Fargo Bank, NA, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14419994 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2021 23:21:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14407147 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2021 23:21:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14407148 | + | Email/Text: clientservices@credit-control.com | Aug 27 2021 23:21:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 15198231 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Aug 27 2021 23:22:45 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14407843 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 27 2021 23:22:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15032665 | + | Email/Text: cashiering-administrationservices@flagstar.com | Aug 27 2021 23:21:00 | Pingora Loan Servicing LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy MI 48098-2639 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Pingora Loan Servicing, LLC, C/O Ann E. Swartz, Esq., 123 South Broad St. Suite 1400, Philadelphia, PA 19109-1060 |
| 14419995 | * | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14407149 | ##+ | Regency Finance, 908 Park Ave, Meadville, PA 16335-3331 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

| District/off: 0315-1 | User: agro | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 300b | Total Noticed: 11 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com |
| Chandra Marie Arkema | on behalf of Creditor Pingora Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| John Wesley Rowden | on behalf of Debtor Richard David Martone  Jr. jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| John Wesley Rowden | on behalf of Joint Debtor Tammy Lynn Martone jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| Lauren Moyer | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8