**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD DAVID MARTONE, JR.<br>TAMMY LYNN MARTONE<br>         Debtor(s)<br>Ronda J. Winnecour<br>         Movant<br>         vs.<br>RICHARD DAVID MARTONE, JR.<br>TAMMY LYNN MARTONE | Case No.:17-10406 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case. The Trustee now recommends that the Court   treat thisChapter 13 case as complete.

3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** inthis case.

4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period   prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a    discharge in this case.

5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the  Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and   Account** (the "Final Report").      Upon submission of the Final Report, the Trustee asks the Court to  discharge her from her duties in this case and close this case.

WHERFORE, the Trustee respectfully requests that the Court,
   (a) Approve the Trustee's Report of Receipts and Disbursements,
   (b) Revest property of the estate with the debtor(s),
   (c) Terminate wage attachments, and
   (d) Enter a final decree and close this case.

August 26, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/20/2017 and confirmed on 8/10/17. The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,365.26 |
| Less Refunds to Debtor | 359.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 62,006.02 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,260.00 | |
|   Trustee Fee | 3,169.91 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,429.91 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 46,402.10 | 0.00 | 46,402.10 |
|     Acct: 4781 | | | | |
|   MIDFIRST BANK SSB* | 9,701.91 | 9,701.91 | 0.00 | 9,701.91 |
|     Acct: 4781 | | | | |
|   WELLS FARGO FINANCIAL NATIONAL BAI | 1,472.10 | 1,472.10 | 0.00 | 1,472.10 |
|     Acct: 8350 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0572 | | | | |
| | | | | 57,576.11 |
| **Priority** | | | | |
|   J WESLEY ROWDEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD DAVID MARTONE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD DAVID MARTONE, JR. | 359.24 | 359.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROWDEN LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   J WESLEY ROWDEN ESQ | 1,260.00 | 1,260.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3398 | | | | |
|   REGENCY FINANCE CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SARAH K MCCAFFERY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 57,576.11 |

| | |
|---|---:|
| TOTAL | |
| CLAIMED | 0.00 |
| PRIORITY | 11,174.01 |
| SECURED | 0.00 |

Date: 08/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　RICHARD DAVID MARTONE, JR.<br>　　TAMMY LYNN MARTONE<br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　　No Repondents. | Case No.:17-10406 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard David Martone, Jr.  
Tammy Lynn Martone  
    Debtors

Case No. 17-10406-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: agro      Page 1 of 2  
Date Rcvd: Aug 27, 2021      Form ID: pdf900      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard David Martone, Jr., 30070 Shaffer Rd, Guys Mills, PA 16327-2948 |
| jdb | #+ | Tammy Lynn Martone, 30070 Shaffer Rd, Guys Mills, PA 16327-2948 |
| cr | + | Pingora Loan Servicing, LLC, C/O Ann E. Swartz, Esq., 123 South Broad St. Suite 1400, Philadelphia, PA 19109-1060 |
| 14638536 | + | Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15198231 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14407150 | | Wells Fargo Bank, NA, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14419994 | | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2021 23:21:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14407147 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 27 2021 23:21:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14407148 | + | Email/Text: clientservices@credit-control.com | Aug 27 2021 23:21:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14407843 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 27 2021 23:22:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15032665 | + | Email/Text: cashiering-administrationservices@flagstar.com | Aug 27 2021 23:21:00 | Pingora Loan Servicing LLC, c/o Flagstar Bank, 5151 Corporate Drive, Troy MI 48098-2639 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Pingora Loan Servicing, LLC, C/O Ann E. Swartz, Esq., 123 South Broad St. Suite 1400, Philadelphia, PA 19109-1060 |
| 14419995 | * | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14407149 | ##+ | Regency Finance, 908 Park Ave, Meadville, PA 16335-3331 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

District/off: 0315-1 User: agro Page 2 of 2
Date Rcvd: Aug 27, 2021 Form ID: pdf900 Total Noticed: 11

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021                   Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com |
| Chandra Marie Arkema | on behalf of Creditor Pingora Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| John Wesley Rowden | on behalf of Debtor Richard David Martone  Jr. jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| John Wesley Rowden | on behalf of Joint Debtor Tammy Lynn Martone jwrowden@yahoo.com elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |
| Lauren Moyer | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8