FILED
10/1/21 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT

### Western District Of Pennsylvania

IN RE:

RICHARD D MARTONE and TAMMY L MARTONE

Debtor (s)

CASE NO: 1710406

CHAPTER  13

### NOTICE OF CLAIM SATISFACTION

As to Claim 3 filed on 08/02/2017, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim.  Wells Fargo requests no further disbursements be made on this claim by the Chapter  13 Trustee.

/s/ Alex Carmichael

Alex  Carmichael
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-877-455-9946

SO ORDERED
October 01, 2021

asg

BKNOCS (08/2018)

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 17-10406-TPA
---|---
Richard David Martone, Jr. | Chapter 13
Tammy Lynn Martone |
Debtors |

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: lfin | Page 1 of 2
---|---|---
Date Rcvd: Oct 01, 2021 | Form ID: pdf900 | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard David Martone, Jr., 30070 Shaffer Rd, Guys Mills, PA 16327-2948 |
| jdb | #+ | Tammy Lynn Martone, 30070 Shaffer Rd, Guys Mills, PA 16327-2948 |
| cr | + | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2021 | Signature: | /s/Joseph Speetjens
---|---|---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | |
| | on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@mwc-law.com |
| Chandra Marie Arkema | |
| | on behalf of Creditor Pingora Loan Servicing  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| John Wesley Rowden | |

on behalf of Joint Debtor Tammy Lynn Martone jwrowden@yahoo.com
elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden

on behalf of Debtor Richard David Martone  Jr. jwrowden@yahoo.com,
elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Lauren Moyer

on behalf of Creditor Pingora Loan Servicing  LLC ecfmail@ecf.courtdrive.com

Maria Miksich

on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9